UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br><br>vs.<br><br>CHAMPION CHEVROLET,<br><br>     Defendant.<br>_____<br><br>JACK ADLER,<br><br>     Plaintiff-In-Intervention,<br><br>vs.<br><br>CHAMPION CHEVROLET, JACK STANKO, an individual, QUINTIN O'GRADY, an individual, DOES 1-10, DOE ENTITIES A-Z,<br><br>     Defendants-In-Intervention.<br>_____ | 3:07-CV-00444-ECR-VPC<br><br>MINUTES OF THE COURT<br><br>DATE: July 30, 2010 |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN          Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

     On July 29, 2010, a Notice of Settlement (#133) has been filed by the parties.

     **IT IS, THEREFORE, HEREBY ORDERED** that the trial setting for this case is **VACATED**.  In accordance with the Notice of Settlement (#133), the parties shall have twenty (20) days within which to file a dismissal of the action.

                                             LANCE S. WILSON, CLERK

                                             By     /s/
                                                  Deputy Clerk