ALAN W. WESTBROOK, ESQ.
Nevada State Bar No. 6167
PERRY, SPANN & WESTBROOK
A Professional Corporation
6130 Plumas Street
Reno, NV 89519
Telephone: (775) 829-2002
Facsimile : (775) 829-1808
E-Mail   : awestbrook@perryspann.com
Attorneys for Defendant/Defendant-In-Intervention
Champion Chevrolet

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>CHAMPION CHEVROLET,<br><br>        Defendant.<br>_____<br><br>JACK ADLER,<br><br>        Plaintiff-In-Intervention,<br><br>vs.<br><br>CHAMPION CHEVROLET,<br>JACK STANKO, an individual,<br>QUINTIN O'GRADY, an individual,<br>DOES 1-10, DOE ENTITIES A-Z,<br><br>        Defendants-In-Intervention.<br>_____ | Case No.: 3:07-CV-00444-ECR-VPC<br><br>ORDER GRANTING |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective

Page 1 of 2

parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 3rd day of August, 2010.

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

/s/ Dana C. Johnson
DANA C. JOHNSON, ESQ.
350 The Embarcadero, Ste. 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5697
Facsimile: (415) 625-5657
E-Mail: dana.johnson@eeoc.gov
**Attorneys for Plaintiff
EEOC**

/s/ Kenneth J. McKenna
KENNETH J. McKENNA, ESQ.
544 West First Street
Reno, NV 89503
Telephone: (775) 329-6373
Facsimile: (775) 329-2414
E-Mail: andrea@kenmckennalaw.com
**Attorney for Plaintiff-In-Intervention
JACK ADLER**

PERRY, SPANN & WESTBROOK
A Professional Corporation

LAW OFFICE OF DAVID R. HOUSTON
A Professional Law Corporation

/s/ Alan W. Westbrook
ALAN W. WESTBROOK, ESQ.
6130 Plumas Street
Reno, NV 89519
Telephone: (775) 829-2002
Facsimile: (775) 829-1808
E-Mail: awestbrook@perryspann.com
**Attorneys for Defendant/Defendant-In-Intervention Champion Chevrolet**

/s/ David R. Houston
DAVID R. HOUSTON, ESQ.
432 Court Street
Reno, NV 89501
Telephone: (775) 786-4188
Facsimile: (775) 786-5573
E-Mail: dhouston@houstonatlaw.com
**Co-counsel for Defendant/Defendant-In-Intervention Champion Chevrolet**

**ORDER**

**IT IS SO ORDERED.**

**DATED this** 4th day of August, 2010.

*Edward C. Reed.*
**UNITED STATES DISTRICT COURT JUDGE**